UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE #1

    Plaintiff,

v.                                          CASE NO. 3:23-cv-383-MMH-JBT

CROWLEY MARITIME
CORPORATION, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Proceed Under Pseudonym ("Motion") (Doc. 9). In the Motion, Plaintiff seeks leave to proceed under a pseudonym, i.e., anonymously. (Doc. 9.) For the reasons stated herein, the Motion is due to be **GRANTED**.

"Generally, parties to a lawsuit must identify themselves in their respective pleadings." *Doe v. Frank*, 951 F.2d 320, 322 (11th Cir. 1992). "The ultimate test for permitting a plaintiff to proceed anonymously is whether the plaintiff has a substantial privacy right which outweighs the 'customary and constitutionally-embedded presumption of openness in judicial proceedings.'" *Id.* at 323 (quoting *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981)).

Here, Plaintiff states that her privacy interest in this case includes "protect[ing] the highly sensitive and personal nature of the extreme workplace sexual harassment she endured" and details of a sexual attack that she

experienced. (Doc. 9 at 4.) Plaintiff further states that "[i]t could be further stigmatizing and traumatic for her if the injuries she suffered were to be publicly disclosed" and that "[t]he stigma attached to sexual abuse could harm her professional relationships and future career aspirations." (*Id.* at 4–5.) Plaintiff cites persuasive authority in which courts have protected the identity of sex crimes victims by permitting the victim/plaintiff to proceed anonymously. (*Id.* at 3–4.) Additionally, Plaintiff represents that there would be no prejudice to Defendants because they are already aware of Plaintiff's identity. (*Id.* at 5.)

Accordingly, it is **ORDERED**:

The Motion (**Doc. 9**) is **GRANTED**. Plaintiff may proceed under a pseudonym.

**DONE AND ORDERED** in Jacksonville, Florida, on May 24, 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Counsel of Record