## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

_____

**JANE DOE #1,**

      **Plaintiff,**                    **CASE NO.: 3:23-cv-383-MMH-JBT**

**v.**

**CROWLEY MARITIME
CORPORATION and JUAN
EMILIO BLANCO,**

      **Defendants.**

_____/

## DEFENDANT JUAN EMILIO BLANCO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, JUAN EMILIO BLANCO ("Defendant BLANCO"), by and through undersigned counsel, hereby files his Answer and Affirmative Defenses to the Complaint and Demand for Jury Trial ("Complaint") [Doc. 1], and states as follows:

## JURISDICTION AND VENUE

1.    Defendant BLANCO admits this Court has jurisdiction over this action, but denies any violation of the laws identified in the Complaint and denies Plaintiff is entitled to any of the relief sought in the Complaint and, therefore, denies the remaining allegations in paragraph 1 of the Complaint.

2.     Defendant BLANCO admits venue is proper in this Court but denies any violation of the laws alleged in the Complaint and denies Plaintiff is entitled to any of the relief sought in the Complaint and, therefore, denies the remaining allegations in paragraph 2 of the Complaint.

## PARTIES

3.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 3 of the Complaint, and, therefore, denies them.

4.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 4 of the Complaint, and, therefore, denies them.

5.     Defendant BLANCO admits he is a former employee of Crowley Maritime Corporation.   Defendant BLANCO further admits he maintains dual citizenship in El Salvador and the United States.

## FACTUAL ALLEGATIONS

**I.     October 2016: Ms. Doe is Hired by Crowley**

6.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 6 of the Complaint, and, therefore, denies them.

7.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 7 of the Complaint, and, therefore, denies them.

8.     Defendant BLANCO admits the allegations in paragraph 8 of the Complaint.

9.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 9 of the Complaint, and, therefore, denies them.

10.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 10 of the Complaint, and, therefore, denies them.

11.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 11 of the Complaint, and, therefore, denies them.

12.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 12 of the Complaint, and, therefore, denies them.

13.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 13 of the Complaint, and, therefore, denies them.

14.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 14 of the Complaint, and, therefore, denies them.

15.    Defendant BLANCO denies he made the decision to hire Ms. Doe and, therefore, denies the allegations in paragraph 15 of the Complaint.

16.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 16 of the Complaint, and, therefore, denies them.

17.    Defendant BLANCO admits he was Plaintiff's direct supervisor during her employment with the Inland Department.  Defendant BLANCO denies the remaining allegations in paragraph 17 of the Complaint.

18.    Defendant BLANCO admits the allegations in paragraph 18 of the Complaint.

19.    Defendant BLANCO admits he was employed by Crowley from May 2010 to January 2018.  Defendant denies the remaining allegations in paragraph 19 of the Complaint.

20.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 20 of the Complaint, and, therefore, denies them.

21.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 21 of the Complaint, and, therefore, denies them.

22.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 22 of the Complaint, and, therefore, denies them.

23.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 23 of the Complaint, and, therefore, denies them.

24.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 24 of the Complaint, and, therefore, denies them.

25.     Defendant BLANCO admits the allegations in paragraph 25 of the Complaint.

26.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 26 of the Complaint, and, therefore, denies them.

27.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 27 of the Complaint, and, therefore, denies them.

28.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 28 of the Complaint, and, therefore, denies them.

29.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 29 of the Complaint, and, therefore, denies them.

30.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 30 of the Complaint, and, therefore, denies them.

## II.     **January 2023: Allegations that Ms. Doe Learned a Former Co-Worker Filed a Lawsuit Against Crowley and Defendant Blanco in the United States.**

31.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 31 of the Complaint, and, therefore, denies them.

32.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 32 of the Complaint, and, therefore, denies them.

## III.    **October 2016: Allegations that Ms. Doe Joined Crowley's Inland Department and Blanco Allegedly Began Subjecting Her to Sexual Harassment.**

33.    Defendant BLANCO denies the allegations in paragraph 33 of the Complaint.

34.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 34 of the Complaint regarding what Ms. Doe was told by members of the Inland Department and, therefore, denies these allegations.   Defendant BLANCO denies the remaining allegations in paragraph 34 of the Complaint.

35.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 35 of the Complaint regarding what Ms. Doe was told and, therefore, denies these allegations.   Defendant BLANCO denies the remaining allegations in paragraph 35 of the Complaint.

36.    Defendant BLANCO denies the allegations in paragraph 36 of the Complaint.

37.    Defendant BLANCO denies the allegations in paragraph 37 of the Complaint.

38.    Defendant BLANCO denies the allegations in paragraph 38 of the Complaint.

39.    Defendant BLANCO denies the allegations in paragraph 39 of the Complaint.

IV.    **November 2016: Allegations that Blanco Forced Ms. Doe to Watch a Pornographic Video in the Crowley Offices.**

40.    Defendant BLANCO denies the allegations in paragraph 40 of the Complaint.

41.    Defendant BLANCO denies the allegations in paragraph 41 of the Complaint.

42.    Defendant BLANCO denies the allegations in paragraph 42 of the Complaint.

43.    Defendant BLANCO denies the allegations in paragraph 43 of the Complaint.

44.    Defendant BLANCO denies the incident described occurred and, therefore, denies the allegations in paragraph 44 of the Complaint.

V.    **November 2016: Allegations that Ms. Doe Won an Award for Superior Performance.**

45.    Defendant BLANCO denies he forced Plaintiff to watch a pornographic video in Crowley offices.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 45 of the Complaint, and, therefore, denies them.

46.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 46 of the Complaint, and, therefore, denies them.

8

47.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 47 of the Complaint, and, therefore, denies them.

48.    Defendant BLANCO denies the allegations in paragraph 48 of the Complaint.

49.    Defendant BLANCO denies the allegations in paragraph 49 of the Complaint.

50.    Defendant BLANCO denies the allegations in paragraph 50 of the Complaint.

51.    Defendant BLANCO denies the allegations in paragraph 51 of the Complaint.

52.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 52 of the Complaint, and, therefore, denies them.

**VI.    Early 2017: Allegations that Blanco Harassed and then Fired a New Team Member Because She Complained of Sexual Harassment and Rebuffed Alleged Quid Pro Quo Sexual Advances.**

53.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 53 of the Complaint, and, therefore, denies them.

54.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 54 of the Complaint, and, therefore, denies them.

55.     Defendant BLANCO denies the allegations in paragraph 55 of the Complaint.

56.     Defendant BLANO denies the allegations in paragraph 56 of the Complaint.

57.     Defendant BLANCO denies the allegations in paragraph 57 of the Complaint.

58.     Defendant BLANCO denies the allegations in paragraph 58 of the Complaint.

59.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 59 of the Complaint, and, therefore, denies them.

60.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 60 of the Complaint, and, therefore, denies them.

61.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 61 of the Complaint, and, therefore, denies them.

62.     Defendant BLANCO denies the allegations in paragraph 62 of the Complaint.

63.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 63 of the Complaint, and, therefore, denies them.

64.     Defendant BLANCO denies the allegations in paragraph 64 of the Complaint.

65.     Defendant BLANCO denies the allegations in paragraph 65 of the Complaint.

66.     Defendant BLANCO denies the allegations in paragraph 66 of the Complaint.

67.     Defendant BLANCO denies the allegations in paragraph 67 of the Complaint.

68.     Defendant BLANCO denies the allegations in paragraph 68 of the Complaint.

69.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 69 of the Complaint, and, therefore, denies them.

70.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 70 of the Complaint, and, therefore, denies them.

71.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 71 of the Complaint, and, therefore, denies them.

72.     Defendant BLANCO denies the allegations in paragraph 72 of the Complaint.

73.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 73 of the Complaint, and, therefore, denies them.

74.     Defendant BLANCO admits Jacquline Najera was a Manager in the Human Resources department in Crowley's office located in El Salvador.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 74 regarding how Ms. Doe and other female employees viewed Ms. Najera, and, therefore, denies these allegations.  Defendant BLANCO denies the remaining allegations in paragraph 74 of the Complaint, and specifically denies he engaged in workplace sexual or predatory misconduct.

75.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 75 of the Complaint, and, therefore, denies them.

## VII.   November 2016: Allegations that Crowley Announced Award for the Defense Freight Transportation Services (FCTS) Contract.

76.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 76 of the Complaint, and, therefore, denies them.

77.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 77 of the Complaint, and, therefore, denies them.

78.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 78 of the Complaint, and, therefore, denies them.

79.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 79 of the Complaint, and, therefore, denies them.

## VIII.   June 2017: Allegations that Vanessa Treminio Joined Ms. Doe as part of the Inland Department Team.

80.     Defendant BLANCO admits the allegations in paragraph 80 of the Complaint.

13

81.     Defendant BLANCO admits Vanessa Treminio joined the Inland Team as an internal transfer within Crowley.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 81 of the Complaint, and, therefore, denies them.

82.     Defendant BLANCO admits the allegations in paragraph 82 of the Complaint, but specifically denies any wrongdoing or violation of law alleged in Ms. Treminio's lawsuit.

83.     Defendant BLANCO admits Plaintiff and Vanessa Treminio were both employed by Crowley in the Inland Department in 2017 and 2018.

## IX.    July 2017: Allegations that Blanco Made Sexual Remarks to Ms. Doe in the Cafeteria Inside the Crowley Office in Front of Co-Workers

84.     Defendant BLANCO admits the allegations in paragraph 84 of the Complaint.

85.     Defendant BLANCO is without sufficient knowledge or information to admit or deny whether Ms. Doe's boyfriend drove a pickup truck, and, therefore, denies this allegation. Defendant BLANCO denies the remaining allegations in paragraph 85 of the Complaint.

86.     Defendant BLANCO denies the allegations in paragraph 86 of the Complaint.

14

87.   Defendant BLANCO denies the allegations in paragraph 87 of the Complaint.

88.   Defendant BLANCO denies the allegations in paragraph 88 of the Complaint.

## X.   Summer of 2017: Allegations that Blanco Became Intoxicated and Made Sexual Statement to Ms. Doe at a Seafood Restaurant

89.   Defendant BLANCO denies the allegations in paragraph 89 of the Complaint.

90.   Defendant BLANCO denies the allegations in paragraph 90 of the Complaint.

91.   Defendant BLANCO denies the allegations in paragraph 91 of the Complaint.

92.   Defendant BLANCO denies the allegations in paragraph 92 of the Complaint.

93.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 93 regarding what Ms. Doe interpreted, felt or planned and, therefore, denies the allegations in paragraph 93 of the Complaint.  Defendant BLANCO specifically denies any conduct that could have been interpreted as a "sexual threat" toward Ms. Doe.

## XI.   July 26, 2017: Allegations that Crowley was Awarded the Defense Freight Transportation Services (DFTS) Contract

94.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 94 of the Complaint, and, therefore, denies them.

95.     Defendant BLANCO admits the Inland Department performed work on the DFTS contract.   Defendant BLANCO denies the remaining allegations in paragraph 95 of the Complaint.

96.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 96 of the Complaint, and, therefore, denies them.

97.     Defendant BLANCO denies the allegations in 97 of the Complaint.

98.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 98 of the Complaint, and, therefore, denies them.

99.     Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 99 regarding what Ms. Doe was told or what she believed, and, therefore, denies these allegations.   Defendant BLANCO denies the remaining allegations in paragraph 99 of the Complaint.

100.   Defendant BLANCO denies the allegations in paragraph 100 of the Complaint.

101.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 101 of the Complaint, and, therefore, denies them.

## XII.  October 2017: Allegations that Ms. Doe's Co-Worker Vanessa Treminio was Selected to Travel to Jacksonville, Florida for DFTS Training

102.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 102 of the Complaint, and, therefore, denies them.

103.    Defendant BLANCO denies the allegations in paragraph 103 of the Complaint.

104.    Defendant BLANCO denies the allegations in paragraph 104 of the Complaint.

105.    Defendant BLANCO denies the allegations in paragraph 105 of the Complaint.

## XIII. October 2017: Allegations that Ms. Doe Saw Bruises on Treminio's Arms

106.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 106 of the Complaint, and, therefore, denies them.

107.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 107 of the Complaint, and, therefore, denies them.

108.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 108 of the Complaint, and, therefore, denies them.

109.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 109 of the Complaint, and, therefore, denies them.   Defendant BLANCO specifically denies he sexually assaulted or attacked Vanessa Treminio inside an elevator at the Crowley offices or anywhere else.

110.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 110 of the Complaint, and, therefore, denies them.   Defendant BLANCO specifically denies he assaulted Vanessa Treminio or in any way caused bruising to Vanessa Treminio's body.

111.   Defendant BLANCO denies the allegations in paragraph 111 of the Complaint.

112.   Defendant BLANCO denies the allegations in paragraph 112 of the Complaint.

**XIV. <u>November 5, 2017: Allegations Regarding Treminio's Trip to Jacksonville, Florida for DFTS Training.</u>**

113. Defendant BLANCO admits that Treminio flew to the United States on November 5, 2017 for training and Ms. Doe did not fly to the United States with Treminio. Defendant BLANCO denies the remaining allegations in paragraph 113 of Plaintiff's Complaint.

114. Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 114 of the Complaint.

115. Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 115 of the Complaint.

116. Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 116 of the Complaint.

117. Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 117 of the Complaint.

118.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 118 of the Complaint.

**XV.   November 3, 2017: Allegations that Blanco Returned to Work at the Crowley Offices in San Salvador and Treminio Flew to Puerto Rico to Work on a Disaster Relief Contract**

119.   Defendant BLANCO denies the allegations in paragraph 119 of the Complaint.

120.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 120 of the Complaint, and, therefore, denies them.

121.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 121 of the Complaint, and, therefore, denies them.

122.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 122 of the Complaint, and, therefore, denies them.

**XVI.   Week of November 13-17, 2017:  Allegations that Blanco Told Ms. Doe She Would Accompany Blanco on the Next DFTS Training Trip.**

123.   Defendant BLANCO denies the allegations in paragraph 123 of the Complaint.

124.   Defendant BLANCO denies the allegations in paragraph 124 of the Complaint.

125.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 125 of the Complaint, and, therefore, denies them.

126.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 126 of the Complaint, and, therefore, denies them.

127.   Defendant BLANCO denies the allegations in paragraph 127 of the Complaint.

## XVII. November 7, 2017: Allegations that Arthur LaMoureaux Became Aware of Sexual Misconduct Allegations Against Blanco and the Initiation of a Formal Investigation

128.   Defendant BLANCO denies the allegations in paragraph 128 of the Complaint.

129.   Defendant BLANCO denies he selected Plaintiff for the DFTA training trip during the week of November 13 – 17, 2017.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 129 of the Complaint, and, therefore, denies them.

130.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 130 of the Complaint.

131.   Defendant BLANCO denies the allegations in paragraph 131 of the Complaint.

132.   Defendant BLANCO denies the allegations in paragraph 132 of the Complaint.

133.   Defendant BLANCO states Exhibit 3 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 3 and otherwise denies the allegations in paragraph 133 of the Complaint.

134.   Defendant BLANCO states Exhibit 3 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 3 and otherwise denies the allegations in paragraph 134 of the Complaint.

135.   Defendant BLANCO states Exhibit 3 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 3 and otherwise denies the allegations in paragraph 135 of the Complaint.

**XVIII.**   **November 9, 2017: Allegations that Two Additional Crowley Employees Filed EthicsPoint Complaints Against Blanco Allegedly Received by Senior Crowley Leaders**

136.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 136 of the Complaint, and, therefore, denies them.

137.   Defendant BLANCO states Exhibit 4 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 4 and otherwise denies the allegations in paragraph 137 of the Complaint.

138.   Defendant BLANCO states Exhibit 5 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 5 and otherwise denies the allegations in paragraph 138 of the Complaint.

139.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 139 of the Complaint, and, therefore, denies them.

140.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 140 of the Complaint.

141.   Defendant BLANCO denies the allegations in paragraph 141 of the Complaint.

142.   Defendant BLANCO states Exhibit 4 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 4 and otherwise denies the allegations in paragraph 142 of the Complaint.

143.   Defendant BLANCO states Exhibit 4 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 4 and otherwise denies the allegations in paragraph 143 of the Complaint.

144.   Defendant BLANCO states Exhibit 5 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 5 and otherwise denies the allegations in paragraph 144 of the Complaint.

145.   Defendant BLANCO states Exhibit 5 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 5 and otherwise denies the allegations in paragraph 145 of the Complaint.

146.   Defendant BLANCO states Exhibit 5 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to

admit or deny the authenticity of Exhibit 5 or the allegations in paragraph 146, and otherwise denies the allegations in paragraph 146 of the Complaint.

147.   Defendant BLANCO states Exhibit 6 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 6 or the allegations in paragraph 147, and otherwise denies the allegations in paragraph 147 of the Complaint.

148.   Defendant BLANCO states Exhibit 5 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 5 or the allegations in paragraph 148, and otherwise denies the allegations in paragraph 148 of the Complaint.

149.   Defendant BLANCO denies the allegations in paragraph 149 of the Complaint.

## XIX.   **Late November or Early December, 2017: Allegations that Treminio Called LaMoureaux to Make a Formal Ethics Complaint Against Blanco**

150.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 150 of the Complaint.

151.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 151 of the Complaint.

152.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 152 of the Complaint.

153.   Defendant BLANCO admits that Treminio makes allegations regarding him in her lawsuit but denies the truth of the allegations, and otherwise denies the allegations in paragraph 153 of the Complaint.

154.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 154 of the Complaint, and, therefore, denies them.

155.   Defendant BLANCO states Treminio's deposition testimony speaks for itself.  Defendant BLANCO otherwise denies the allegations in paragraph 155 of the Complaint.

**XX.   Allegations that Crowley Admitted Under Oath that LaMoureaux Received a Report from Treminio Regarding her Allegations Against Blanco**

156.   Defendant BLANCO states Exhibit 7 of the Complaint speaks for itself. Defendant BLANCO otherwise denies the allegations in paragraph 156 of the Complaint.

157.   Defendant BLANCO states Treminio's Amended Complaint and testimony speak for itself.  Defendant BLANCO otherwise denies the allegations in paragraph 157 of the Complaint.

158.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 158 of the Complaint, and, therefore, denies them.

159.   Defendant BLANCO denies the allegations in paragraph 159 of the Complaint.

160.   Defendant BLANCO denies the allegations in paragraph 160 of the Complaint.

## XXI. <u>December 2017: Allegations that Crowley Assisted Ms. Doe in Obtaining a Non-Immigrant Travel Visa to The United States</u>

161.   Defendant BLANCO denies he selected Plaintiff to travel with him on the next DFTS training trip to Jacksonville in January 2018.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 161 of the Complaint, and, therefore, denies them.

162.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 162 of the Complaint, and, therefore, denies them.

163.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 163 of the Complaint, and, therefore, denies them.

164.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 164 of the Complaint, and, therefore, denies them.

165.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 165 of the Complaint, and, therefore, denies them.

166.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 166 of the Complaint, and, therefore, denies them.

167.   Defendant BLANCO denies the allegations in paragraph 167 of the Complaint.

**XXII.** **Mid to Late December 2017: Allegations that Ms. Doe Requested a Private Meeting with Crowley HR Manager Jacqueline Najera**.

168.   Defendant BLANCO denies he told Ms. Doe he was choosing "a real nice hotel" for her.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 168 of the Complaint, and, therefore, denies them.

169.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 169 of the Complaint, and, therefore, denies them.

170.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 170 of the Complaint, and, therefore, denies them.

171.   Defendant BLANCO denies the allegations in the first sentence of paragraph 171 of the Complaint. Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 171 of the Complaint, and, therefore, denies them.

172.   Defendant BLANCO denies the allegations in paragraph 172 of the Complaint.

173.   Defendant BLANCO denies the allegations in paragraph 173 of the Complaint.

174.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 174 of the Complaint, and, therefore, denies them.

175.   Defendant BLANCO denies the allegations in paragraph 175 of the Complaint.

176.   Defendant BLANCO denies the allegations in paragraph 176 of the Complaint.

177.   Defendant BLANCO denies the allegations in paragraph 177 of the Complaint.

178.   Defendant BLANCO denies the allegations in paragraph 178 of the Complaint.

179.   Defendant BLANCO denies the allegations in paragraph 179 of the Complaint.

180.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 180 of the Complaint, and, therefore, denies them.

## XXIII.   December 20, 2017: Allegations that Senobia Matute (HR Director for Central America) Delivered a Draft Investigation Report to Tiffanny King.

181.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 181 of the Complaint, and, therefore, denies them.

182.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8 or the allegations in paragraph 182, and otherwise denies the allegations in paragraph 182 of the Complaint.

183.    Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 183 of the Complaint.

184.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8 or the allegations in paragraph 184, and otherwise denies the allegations in paragraph 184 of the Complaint.

185.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8 or the allegations in paragraph 185, and otherwise denies the allegations in paragraph 185 of the Complaint.

186.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 186 of the Complaint.

187.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 187 of the Complaint.

188.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 188 of the Complaint.

189.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 189 of the Complaint.

190.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 190 of the Complaint.

191.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 191 of the Complaint.

192.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 192 of the Complaint.

193.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 193 of the Complaint.

194.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 194 of the Complaint.

195.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 195 of the Complaint.

196.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 196 of the Complaint.

197.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 197 of the Complaint.

198.   Defendant BLANCO states Exhibit 8 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 8, and otherwise denies the allegations in paragraph 198 of the Complaint.

199.   Defendant BLANCO denies the allegations in paragraph 199 of the Complaint.

200.   Defendant BLANCO denies the allegations in paragraph 200 of the Complaint.

## XXIV.   January 2018: Allegations that Blanco Attacked Ms. Doe on a DFTS Training Trip from El Salvador to Jacksonville.

201.   Defendant BLANCO admits the allegations in paragraph 201 of the Complaint.

202.   Defendant BLANCO admits Plaintiff stayed at the Hotel Indigo Deerwood Park in Jacksonville, Florida during the January Crowley business trip. Defendant BLANCO denies the remaining allegations in paragraph 202 of the Complaint.

203.   Defendant BLANCO denies the allegations in paragraph 203 of the Complaint.

204.   Defendant BLANCO denies the allegations in paragraph 204 of the Complaint.

205.   Defendant BLANCO admits the DFTS training took place at Crowley's headquarters and generally lasted from 8am to 5pm.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 205 of the Complaint, and, therefore, denies them.

206.   Defendant BLANCO denies the allegations in paragraph 206 of the Complaint.

207.   Defendant BLANCO denies his wife had a home in Jacksonville, Florida, as she was residing in St. Augustine, Florida at the time.   Defendant BLANCO admits the remaining allegations in paragraph 207 of the Complaint.

208.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 208 regarding what Ms. Doe did or did not want to do and, therefore, denies these allegations.  Defendant BLANCO denies the remaining allegations in paragraph 208 of the Complaint.

209.   Defendant BLANCO denies the allegations in paragraph 209 of the Complaint.

210.   Defendant BLANCO denies the allegations in paragraph 210 of the Complaint.

211.   Defendant BLANCO denies the allegations in paragraph 211 of the Complaint.

212.   Defendant BLANCO denies the allegations in paragraph 212 of the Complaint.

213.   Defendant BLANCO denies the allegations in paragraph 213 of the Complaint.

214.  Defendant BLANCO denies the allegations in paragraph 214 of the Complaint.

215.  Defendant BLANCO denies the allegations in paragraph 215 of the Complaint.

216.  Defendant BLANCO denies the allegations in paragraph 216 of the Complaint.

217.  Defendant BLANCO denies the allegations in paragraph 217 of the Complaint.

218.  Defendant BLANCO denies the allegations in paragraph 218 of the Complaint.

219.  Defendant BLANCO denies the allegations in paragraph 219 of the Complaint.

220.  Defendant BLANCO denies the allegations in paragraph 220 of the Complaint.

221.  Defendant BLANCO denies the allegations in paragraph 221 of the Complaint.

222.  Defendant BLANCO denies the allegations in paragraph 222 of the Complaint.

223.  Defendant BLANCO denies the allegations in paragraph 223 of the Complaint.

224.   Defendant BLANCO denies the allegations in paragraph 224 of the Complaint.

225.   Defendant BLANCO denies the allegations in paragraph 225 of the Complaint.

226.   Defendant BLANCO denies the allegations in paragraph 226 of the Complaint.

227.   Defendant BLANCO denies the allegations in paragraph 227 of the Complaint.

228.   Defendant BLANCO denies the allegations in paragraph 228 of the Complaint.

229.   Defendant BLANCO denies the allegations in paragraph 229 of the Complaint.

230.   Defendant BLANCO denies the allegations in paragraph 230 of the Complaint.

231.   Defendant BLANCO denies the allegations in paragraph 231 of the Complaint.

232.   Defendant BLANCO denies the allegations in paragraph 232 of the Complaint.

233.   Defendant BLANCO denies the allegations in paragraph 233 of the Complaint.

234.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 234 of the Complaint, and, therefore, denies them.

235.   Defendant BLANCO denies the allegations in paragraph 235 of the Complaint.

236.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 236 of the Complaint and, therefore, denies them.

## XXV. <u>Allegations that Upon Her Return to El Salvador from Jacksonville, Ms. Doe Filed a Report with Crowley via EthicsPoint.</u>

237.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 237 regarding whether Ms. Doe was fighting back tears when her boyfriend picked her up at the airport and, therefore, denies these allegations.  Defendant BLANCO denies the remaining allegations in paragraph 237 of the Complaint.

238.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 238 of the Complaint and, therefore, denies them.

239.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 239 of the Complaint and, therefore, denies them.

240.  Defendant BLANCO denies the allegations in the last sentence of paragraph 240 of the Complaint and denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 240 of the Complaint and, therefore, denies them.

241.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 241 of the Complaint and, therefore, denies them.

242.   Defendant BLANCO states Exhibit 9 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 9, and otherwise denies the allegations in paragraph 242 of the Complaint.

### XXVI.   Allegations that in Response to Ms. Doe's EthicsPoint Report #297, Crowley Decides to Fire Juan Emilio Blanco

243.   Defendant BLANCO denies he attacked Plaintiff in Jacksonville or engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the

Complaint.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 243 of the Complaint and, therefore, denies them.

244.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 244 of the Complaint and, therefore, denies them.

245.   Defendant BLANCO states Exhibit 10 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 10, and otherwise denies the allegations in paragraph 245 of the Complaint.

246.   Defendant BLANCO states Exhibit 10 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 10, and otherwise denies the allegations in paragraph 246 of the Complaint.

247.   Defendant BLANCO states Exhibit 11 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 11, and otherwise denies the allegations in paragraph 247 of the Complaint.

248.   Defendant BLANCO states Exhibit 9 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to

admit or deny the authenticity of Exhibit 9, and otherwise denies the allegations in paragraph 248 of the Complaint.

249.   Defendant BLANCO states Exhibit 10 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 10, and otherwise denies the allegations in paragraph 249 of the Complaint.

250.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 250 of the Complaint, and, therefore, denies them.

251.   Defendant BLANCO denies the allegations in paragraph 251 of the Complaint.

## XXVII.   <u>The Alleged Aftermath</u>

252.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 252 of the Complaint, and, therefore, denies them.

253.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 253 of the Complaint, and, therefore, denies them.

254.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 254 of the Complaint, and, therefore, denies them.

255.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint and, therefore, denies the allegations in paragraph 255 of the Complaint.

256.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint and, therefore, denies the allegations in paragraph 256 of the Complaint.

257.   Defendant BLANCO denies the allegations in paragraph 257 of the Complaint.

258.   Defendant BLANCO denies the allegations in paragraph 258 of the Complaint.

259.    Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations regarding whether Ms. Doe was promoted or became the supervisor of Vanessa Treminio and, therefore, denies these allegations. Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint and denies the remaining allegations in paragraph 259 of the Complaint.

260.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 260 of the Complaint, and, therefore, denies them.

261.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff or Treminio as alleged in the Complaint and, therefore denies these allegations in paragraph 261 of the Complaint.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 261, and, therefore, denies them.

262.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff or Treminio as alleged in the Complaint and, therefore, denies the allegations in paragraph 262 of the Complaint.

263.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 263 of the Complaint, and, therefore, denies them.

264.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 264 of the Complaint, and, therefore, denies them.

265.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint.   Defendant BLANCO is

without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 265 of the Complaint, and, therefore, denies them.

266.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff as alleged in the Complaint.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 266 of the Complaint, and, therefore, denies them.

267.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 267 of the Complaint, and, therefore, denies them.

268.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 268 of the Complaint.

269.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 269 of the Complaint.

270.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to

admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 270 of the Complaint.

271.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 271 of the Complaint.

272.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 272 of the Complaint.

273.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 273 of the Complaint.

274.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 274 of the Complaint.

275.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to

admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 275 of the Complaint.

276.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 276 of the Complaint.

277.   Defendant BLANCO states Exhibit 2 to Plaintiff's Complaint speaks for itself.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the authenticity of Exhibit 2, and otherwise denies the allegations in paragraph 277 of the Complaint.

278.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Treminio as alleged in the Complaint and, therefore, denies the allegations in paragraph 278 of the Complaint.

279.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Treminio as alleged in the Complaint and, therefore, denies the allegations in paragraph 279 of the Complaint.

280.   Defendant BLANCO is without sufficient knowledge or information to admit or deny the allegations in paragraph 280 of the Complaint, and, therefore, denies them.

281.   Defendant BLANCO denies he engaged in any wrongdoing or unlawful conduct against Plaintiff or Treminio as alleged in the Complaint.  Defendant BLANCO is without sufficient knowledge or information to admit or deny the remaining allegations in paragraph 281 of the Complaint, and, therefore, denies them.

## FIRST CAUSE OF ACTION
(Alleged Sex Trafficking under 18 U.S.C. §§ 1591, 1592 et seq.)
Against JUAN EMILIO BLANCO

282.   Defendant BLANCO reaffirms and reasserts his responses to paragraphs 1 through 281 above.

283.   Defendant BLANCO denies the allegations in paragraph 283 of the Complaint.

284.   Defendant BLANCO states the allegations in paragraph 284 constitute a legal conclusion, to which no response is required.  To the extent a response is required, Defendant BLANCO denies the allegations in paragraph 284 of the Complaint.

285.   Defendant BLANCO denies the allegations in paragraph 285 of the Complaint.

286.   Defendant BLANCO denies the allegations in paragraph 286 of the Complaint.

287.   Defendant BLANCO denies the allegations in paragraph 287 of the Complaint.

288.   Defendant BLANCO denies the allegations in paragraph 288 of the Complaint.

289.   Defendant BLANCO denies the allegations in paragraph 289 of the Complaint.

290.   Defendant BLANCO denies the allegations in paragraph 290 of the Complaint.

291.   Defendant BLANCO denies the allegations in paragraph 291 of the Complaint.

292.   Defendant BLANCO denies the allegations in paragraph 292 of the Complaint.

293.   Defendant BLANCO denies the allegations in paragraph 293 of the Complaint.

294.   Defendant BLANCO denies the allegations in paragraph 294 of the Complaint.

295.   Defendant BLANCO denies the allegations in paragraph 295 of the Complaint.

296.   Defendant BLANCO denies the allegations in paragraph 296 of the Complaint.

297.   Defendant BLANCO denies the allegations in paragraph 297 of the Complaint.

Defendant BLANCO denies that Plaintiff is entitled to any of the relief requested in the "WHEREFORE" clause immediately following paragraph 297 of the Complaint.

## SECOND CAUSE OF ACTION
(Alleged Sex Trafficking under 18 U.S.C. §§ 1591, 1592 et seq.)
Against CROWLEY MARITIME CORPORATION

289 – 328.   The allegations in paragraphs 289 through 328 of the Complaint are directed to Defendant CROWLEY MARITIME CORPORATION, so no response is required by Defendant BLANCO.  To the extent any response is required, Defendant BLANCO denies the allegations in paragraphs 289 through 328 of the Complaint.

## THIRD CAUSE OF ACTION
(Alleged Sexual Battery)
Against JUAN EMILIO BLANCO

329.    Defendant BLANCO reaffirms and reasserts his responses to the allegations contained paragraphs 1 through 281 above.

330.    Defendant BLANCO denies the allegations in paragraph 330 of the Complaint.

331.    Defendant BLANCO denies the allegations in paragraph 331 of the Complaint.

332.    Defendant BLANCO states the allegations in paragraph 332 constitute a legal conclusion, to which no response is required.  To the extent a response is required, Defendant BLANCO denies the allegations in paragraph 332 of the Complaint.

333.    Defendant BLANCO denies the allegations in paragraph 333 of the Complaint.

334.    Defendant BLANCO states the allegations in paragraph 334 constitute a legal conclusion, to which no response is required.  To the extent a response is required, Defendant BLANCO denies the allegations in paragraph 334 of the Complaint.

335.    Defendant BLANCO denies the allegations in paragraph 335 of the Complaint.

Defendant BLANCO denies that Plaintiff is entitled to any of the relief requested in the "WHEREFORE" clause immediately following paragraph 335 of the Complaint.

## JURY TRIAL DEMAND

Defendant BLANCO admits Plaintiff requests a jury trial.  Defendant BLANCO denies Plaintiff is entitled to any remedy or relief or that any issue in this case is subject to be determined by a jury.

## DEFENSES AND AFFIRMATIVE DEFENSES

Defendant BLANCO asserts the following defenses, without prejudice to his rights to argue that Plaintiff bears the burden of proof regarding some or all of these defenses:

## FIRST DEFENSE

The claims in the Complaint are barred, in whole or in part, as they fail to state a claim upon which relief can be granted because Plaintiff has failed to set forth sufficient evidence to establish a violation for sex trafficking under the TVPRA.

## SECOND DEFENSE

All or part of any damages alleged by Plaintiff for pain and suffering was the result of other personal experiences unrelated to the facts and circumstances set forth in the Complaint.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, due to the applicable statute of limitations and/or failure to set forth sufficient evidence to establish Defendant BLANCO's absence from the state and justification for tolling the applicable statute of limitations.

## FOURTH DEFENSE

Plaintiff's alleged damages, if any, resulted from new and independent, unforeseeable, superseding, and/or intervening causes and/or actions of other third parties, unrelated to any conduct of Defendant BLANCO.

## FIFTH DEFENSE

While denying all of the allegations of the Plaintiff's Complaint regarding liability and damages allegedly sustained by Plaintiff, to the extent Plaintiff may be able to prove any negligence or fault on the part of Defendant BLANCO, it was not the proximate cause of any of the damages at issue in the Complaint.

## SIXTH DEFENSE

While denying all of the allegations in Plaintiff's Complaint regarding liability, injuries and damages allegedly sustained by the Plaintiff, to the extent Plaintiff may be able to prove any such damages, it is asserted that such damages, if any, arose out of some event or exposure over which Defendant BLANCO had no control or right to control.

## SEVENTH DEFENSE

Plaintiff has failed to mitigate, minimize, or avoid all or a portion of the damages that comprise Plaintiff's claims.

## EIGHTH DEFENSE

Any damage to Plaintiff was the result of pre-existing medical and/or psychiatric conditions, and the unforeseeable, unpredictable, and/or unavoidable

sequel thereto, and was unrelated to any act or omission of Defendant BLANCO.

## NINTH DEFENSE

Defendant BLANCO's liability, if any, for medical expenses does not include contractual adjustments, write-offs, or the like.

## TENTH DEFENSE

Plaintiff's claims against Defendant BLANCO are barred, in whole or in part, due to the equitable doctrines of unclean hands, estoppel and/or waiver based upon Plaintiff's course of conduct before, during and/or after the incidents alleged in the Complaint.

## ELEVENTH DEFENSE

Plaintiff's claims against Defendant BLANCO are barred by the doctrine of laches because Plaintiff consented to the acts alleged in the Complaint and/or unreasonably delayed in filing her claims such that Defendant BLANCO would be prejudiced if Plaintiff's claims were not now held to be barred.

## RESERVATION OF RIGHTS

Defendant BLANCO reserves the right to bring any additional affirmative defenses that become known during the litigation of this matter.

WHEREFORE, Defendant BLANCO respectfully requests that this Honorable Court: (i) enter judgment in his favor and against Plaintiff, (ii) award Defendant BLANCO his costs of suit herein, (iii) award Defendant BLANCO

reasonable attorneys' fees as may be determined by the Court pursuant to any applicable law, rule, regulation, or agreement, and (iv) grant such other and further relief as this Court may deem just and proper.

DATED this 19th day of April, 2024.

*/s/ Kristyne E. Kennedy*
KRISTYNE E. KENNEDY
**LEAD COUNSEL**
Florida Bar No: 194700
KELSEY N. ORTIZ
Florida Bar No.: 1010647
COLE, SCOTT & KISSANE, P.A.
1900 Summit Tower Blvd., Suite 400
Orlando, Florida 32810
Primary Email:
Kristyne.Kennedy@csklegal.com
Secondary Email:
Kelsey.Ortiz@csklegal.com
Secondary Email:
Celia.cates@csklegal.com
Telephone: (321) 972-0028
Facsimile: (321) 972-0099
Attorneys for Defendant, BLANCO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of April, 2024, a true and correct copy of the foregoing was filed with the United States Middle District Clerk of the Court and using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

*/s/ Kristyne E. Kennedy*