UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE #1,

    Plaintiff,

v.                            CASE NO. 3:23-cv-383-MMH-SJH

CROWLEY MARITIME
CORPORATION, et al.,

    Defendants.
_____/

## ORDER SETTING VIDEO HEARING

**THIS CAUSE** is before the Court on Defendant Crowley Maritime Corporation's Motion for Protective Order Prohibiting Extrajudicial Statements Regarding the Treminio and Doe Cases ("Motion"). Doc. 49. Upon review, the Court finds that a hearing on the Motion is appropriate.

In addition, the Motion includes a certification that "counsel for Crowley has conferred with counsel for Plaintiff, who stated that Plaintiff opposes the relief sought in this Motion." Doc. 49 at 19. However, such does not explain the means by which the conferral conference occurred, as required by Local Rule 3.01(g)(2)(C). It is therefore unclear how the parties conferred and whether they did so effectively and adequately. As such, the Court will require to parties to promptly confer—in a substantive discussion in person, by telephone, or by video conference—in a good-faith effort to resolve the Motion. *See McLaughlin v. Select Rehab. LLC*, No. 3:22-cv-59-HES-MCR, 2023 WL 3009868, at *3 (M.D. Fla. Mar. 15, 2023) ("Local Rule 3.01(g)

requires a movant to 'confer with the opposing party in a good faith effort to resolve the motion.' . . . The rule has been construed to mean to 'speak to each other in person or by telephone, in a good faith attempt to resolve disputed issues.'") (citations omitted); *see also Devs. Sur. & Indem. Co. v. Archer W. Contractors, LLC*, No. 6:16-cv-1875-Orl-40KRS, 2018 WL 3327876, at *1 n.1 (M.D. Fla. July 6, 2018) ("'The term "confer" in Rule 3.01(g) requires a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action and does not envision an email, fax or letter.'").

Accordingly, it is **ORDERED**:

1. A hearing is hereby scheduled before the undersigned on **September 30, 2024, at 1:00 p.m.** The hearing will be conducted by video teleconferencing using Zoom. The Courtroom Deputy will separately send participants the link. Information on how others can observe the proceeding can be found on the Court's website, www.flmd.uscourts.gov. Participants and observers should dress in suitable attire and appear in front of an appropriate professional background. Recording, broadcasting, transmitting, or photographing any part of the proceedings is strictly prohibited. *See* Local Rule 5.01.

2. The parties shall make every effort to resolve the Motion in advance of the hearing and are directed to promptly confer—in a substantive discussion in person, by telephone, or by video conference—in a good-faith effort to resolve the Motion. On or before **September 25, 2024**, Crowley shall file a supplement to its Motion specifying

the manner in which the parties conferred and identifying whether the parties have agreed to a resolution of all or part of the Motion.

**DONE AND ORDERED** in Jacksonville, Florida, on September 19, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record