UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE #1,

    Plaintiff,

v.                                                         CASE NO. 3:23-cv-383-MMH-SJH

CROWLEY MARITIME
CORPORATION, et al.,

    Defendants.
_____/

### ORDER FOLLOWING HEARING

**THIS CAUSE** is before the Court on Defendant Crowley Maritime Corporation's Motion for Protective Order Prohibiting Extrajudicial Statements Regarding the Treminio and Doe Cases ("Motion"). Doc. 49.

The Court held a hearing on the Motion on September 30, 2024, the record of which is incorporated herein. For the reasons stated on the record at the hearing, it is **ORDERED** that the Motion (Doc. 49) is **denied without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on September 30, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to: Counsel of Record