UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE #1,                                            Case No.: 3:23-cv-383-MMH-SJH

    Plaintiff,

v.

CROWLEY MARITIME
CORPORATION, and
JUAN EMILIO BLANCO,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on October 31, 2024, and the results of that conference are indicated below:

All parties and their respective trial counsel participated in the mediation conference. The mediation resulted in a settlement.

DATED this 8th day of November 2024.

By:

**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
174 W. Comstock Ave. – Suite 104
Winter Park, Florida 32789
Telephone: (407) 599-9590
E-mail: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HOLLIFIELD LEGAL CENTRE
By:
**/s/ Travis R. Hollifield**
_____
Travis R. Hollifield
Fla. S.Ct. Mediator No.: 20155-RA
174 W. Comstock Ave. – Suite 104
Winter Park, Florida 32789
Telephone: (407) 599-9590
Email: trh@trhlaw.com
MIDDLE DISTRICT OF FLORIDA AND
FLORIDA SUPREME COURT CERTIFIED
CIRCUIT CIVIL MEDIATOR