UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA JACKSONVILLE
DIVISION

JANE DOE #1,

    Plaintiff,

v.                                           CASE NO.: 3:23-cv-383-MMH-JBT

CROWLEY MARITIME CORPORATION, and
JUAN EMILIO BLANCO,

    Defendants.
_____/

## JOINT STIPULATION Of
## DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, JANE DOE #1, and Defendants, CROWLEY MARITIME CORPORATION, and JUAN EMILIO BLANCO, that in the above-entitled cause be dismissed with prejudice, each party to bear their respective costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Kelly DeGance | /s/ Spencer Kuvin |
| KELLY DEGANCE | SPENCER T. KUVIN |
| Florida Bar No. 0606022 | Florida Bar No. 89737 |
| SAMANTHA GIUDICI BERDECIA | GOLDLAW, P.A. |
| Florida Bar No. 0058667 | 1641 Worthington Road, Suite 300 |
| ALEXANDER DEGANCE BARNETT, P.A. | West Palm Beach, FL 33409 |
| 1500 Riverside Avenue | Telephone: (561) 697-4440 |
| Jacksonville, FL 32204 | wpf11942006@goldlaw.filevineapp.com |
| (904) 345-3277 Telephone | skuvin@goldlaw.com |
| (904) 345-3294 Facsimile | snewall@goldlaw.com |
| Kelly.degance@adblegal.com | aattick@goldlaw.com |
| Samantha.giudici@adblegal.com | Counsel for Plaintiff |
| Attorneys for Defendant, Crowley Maritime Corporation | |

| | |
|---|---|
| KRISTYNE E. KENNEDY<br>Florida Bar No.: 194700<br>KELSEY N. ORTIZ<br>Florida Bar No.: 1010647<br>COLE, SCOTT & KISSANE, P.A.<br>Tower Place, Suite 400<br>1900 Summit Tower Boulevard<br>Orlando, Florida 32810<br>Kristyne.Kennedy@csklegal.com<br>Kelsey.Ortiz@csklegal.com<br>Telephone: (321) 972-0028<br>Facsimile: (321) 972-0099<br>Attorneys for Defendant, Juan Emilio Blanco | ADRIA G. NOTARI<br>Florida Bar No. 87272<br>NOTARI LAW, P.A.<br>1820 SW 14th Court<br>Fort Lauderdale, FL 33312<br>Tel: (954) 257-9028<br>Fax: (954) 231-1128<br>anotari@NotariLaw.com<br>Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

_____
SPENCER KUVIN