UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE #1,

    Plaintiff,

v.                                                                   Case No.   3:23-cv-383-MMH-SJH

CROWLEY MARITIME
CORPORATION and
JUAN EMILIO BLANCO,

    Defendants.

_____

# ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 61; Stipulation) filed on January 6, 2025.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their respective costs and attorneys' fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of January, 2025.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record